# EXHIBIT 2C

**Claim Chart Regarding Infringement of U.S. Patent No. 12,649,534 B2 (the "'534 Patent") by the WINDHORSE C3 Max Electric Scooter (the "WINDHORSE C3 Max")**

| **Claims 1-4, 6-15 of '534 patent** | **WINDHORSE C3 Max**[1] |
|---|---|
| **[1 pre]** An electric riding device, comprising: | WINDHORSE C3 MAX is an electric riding device,<br> |
| **[1a]** a frame body;<br>a front wheel coupled to a front portion of<br>the frame body, and a rear wheel coupled to a<br>rear portion of the frame body;<br>a handlebar assembly coupled to the front portion of<br>the frame body and configured to be contacted by a user's hands;<br>a seat coupled to<br>the frame body; and<br>a power device coupled to<br>the frame body and configured to supply power to the electric riding device; | WINDHORSE C3 MAX has a frame body;<br>a front wheel coupled to a front portion of the frame body, and a rear wheel coupled to a rear portion of the frame body;<br>a handlebar assembly coupled to the front portion of<br>the frame body and configured to be contacted by a user's hands; a seat coupled to the frame body; and<br>a power device coupled to the frame body and configured to supply power to the electric riding device;<br> |

[1] https://www.amazon.com/dp/B0FWBHT847?th=1

| | |
|---|---|
| |  |
| **[1b]** wherein the frame body includes a substantially flat base portion having a longitudinal dimension and a lateral dimension, a front raised portion extending upwardly from a front end of the base portion, and a rear raised portion extending upwardly from a rear end of the base portion; | WINDHORSE C3 MAX's frame body includes a substantially flat base portion having a longitudinal dimension and a lateral dimension, a front raised portion extending upwardly from a front end of the base portion, and a rear raised portion extending upwardly from a rear end of the base portion;<br> |
| **[1c]** wherein the front raised portion is configured to support a head tube at an end thereof distal to the base portion, the head tube being for coupling the handlebar assembly to the frame body, and at least a part of the rear raised portion is configured to support the seat; | the WINDHORSE C3 MAX's front raised portion is configured to support a head tube at an end thereof distal to the base portion, the head tube being for coupling the handlebar assembly to the frame body, and at least a part of the rear raised portion is configured to support the seat. |

| | |
|---|---|
| |  |
| **[1d]** wherein the electric riding device further comprises a storage basket configured to be removably mounted on the frame body, at least a portion of the storage basket being configured to be mounted in a substantially horizontal orientation on an upper surface of the base portion, the storage basket having a longitudinal dimension, a lateral dimension, and a height dimension, wherein a ratio of the longitudinal dimension of the storage basket to the lateral dimension of the storage basket is greater than 1.15, and a ratio of the longitudinal dimension of the storage basket to the height dimension of the storage basket is greater than 1.15; | WINDHORSE C3 MAX further comprises a storage basket configured to be removably mounted on the frame body, at least a portion of the storage basket being configured to be mounted in a substantially horizontal orientation on an upper surface of the base portion, the storage basket having a longitudinal dimension, a lateral dimension, and a height dimension, wherein a ratio of the longitudinal dimension of the storage basket to the lateral dimension of the storage basket is greater than 1.15, and a ratio of the longitudinal dimension of the storage basket to the height dimension of the storage basket is greater than 1.15;<br> |

| | |
|---|---|
| |  |
| **[1e]** wherein a bottom of the storage basket is configured with an openwork structure; | bottom of the WINDHORSE C3 MAX storage basket is configured with an openwork structure;  |
| **[1f]** wherein the storage basket comprises a left sidewall and a right sidewall that are laterally spaced apart and substantially mirror-symmetrical, and wherein, when the storage basket is mounted on the frame body, the left sidewall of the storage basket is positioned at a left end of the base portion and extends substantially vertically | WINDHORSE C3 MAX storage basket comprises a **left sidewall** and a **right sidewall** that are laterally spaced apart and substantially mirror-symmetrical, and wherein, when the storage basket is mounted on the frame body, the left sidewall of the storage basket is positioned at a left end of the base portion and extends substantially vertically upward therefrom, and the right sidewall of the storage basket is positioned at a right end of the base portion and extends substantially vertically upward therefrom; |

| | |
|---|---|
| upward therefrom, and the right sidewall of the storage basket is positioned at a right end of the base portion and extends substantially vertically upward therefrom; | <br> |
| **[1g]** wherein four top corners of the storage basket are each provided with an outwardly convex arcuate section; | four top corners of the WINDHORSE C3 MAX storage basket are each provided with an outwardly convex arcuate section;<br>outwardly convex arcuate section<br> |
| **[1h]** wherein a shape of at least a portion of the storage basket is configured to conform to a shape of the frame body; | a shape of at least a portion of the WINDHORSE C3 MAX storage basket is configured to conform to a shape of the frame body; |

| | |
|---|---|
| |   |
| **[1i]** wherein the storage basket defines a contact surface configured to engage the upper surface of the base portion and permit the storage basket to be stably placed thereon, such that when the storage basket is placed on the upper surface of the base portion, the contact surface and the upper surface of the base portion are in substantially horizontal contact; | the WINDHORSE C3 MAX storage basket defines a contact surface configured to engage the upper surface of the base portion and permit the storage basket to be stably placed thereon, such that when the storage basket is placed on the upper surface of the base portion, the contact surface and the upper surface of the base portion are in substantially horizontal contact;   |
| **[1j]** wherein the electric riding device further comprises a left footrest and a right footrest, disposed on opposite sides in the lateral direction, each being rotatable, wherein an installation position of the left footrest is longitudinally nearer a left front end of the base | the WINDHORSE C3 MAX further comprises a left footrest and a right footrest, disposed on opposite sides in the lateral direction, each being rotatable, wherein an installation position of the left footrest is longitudinally nearer a left front end of the base portion rather than at or adjacent to a left rear end of the base portion, and an installation position of the right footrest is longitudinally nearer a right front end of the base portion rather than at or adjacent to a right rear end of the base portion; |

| | |
|---|---|
| portion rather than at or adjacent to a left rear end of the base portion, and an installation position of the right footrest is longitudinally nearer a right front end of the base portion rather than at or adjacent to a right rear end of the base portion; | <br> |
| **[1l]** wherein the left footrest is configured to rotate about a first axis extending in a height direction, the right footrest is configured to rotate about a second axis extending in the height direction, and a lateral distance between the first axis and the second axis is greater than the lateral dimension of the storage basket; | the WINDHORSE C3 MAX's left footrest is configured to rotate about a first axis extending in a height direction, the right footrest is configured to rotate about a second axis extending in the height direction, and a lateral distance between the first axis and the second axis is greater than the lateral dimension of the storage basket;<br> |

| | |
|---|---|
| |   |
| **[1m]** wherein the power device is mounted beneath the base portion; | the WINDHORSE C3 MAX's power device is mounted beneath the base portion;<br>  |
| **[1n]** wherein each of the left and right sidewalls comprises:<br>at least two first bars extending along a first direction and spaced apart along a second direction; and<br>at least one second bar extending along the second direction;<br>wherein the at least one second bar intersects with the at least two first bars substantially perpendicularly; | each of the WINDHORSE C3 MAX's left and right sidewalls comprises:<br>at least two first bars extending along a first direction and spaced apart along a second direction; and<br>at least one second bar extending along the second direction;<br>wherein the at least one second bar intersects with the at least two first bars substantially perpendicularly; |

| | |
|---|---|
| |  |
| **[1q]** wherein the storage basket has an open top. | the WINDHORSE C3 MAX's storage basket has an open top.<br> |
| **2.** The electric riding device of claim 1, wherein the storage basket is removably mounted on the frame body via a threaded mounting mechanism. | WINDHORSE C3 MAX's storage basket is removably mounted on the frame body via a threaded mounting mechanism.<br> |
| **3.** The electric riding device of claim 1, wherein the storage basket comprises two mounting plates that are | WINDHORSE C3 MAX's storage basket comprises two mounting plates that are longitudinally spaced apart, wherein a bottom surface of each of the two mounting plates is configured to engage in surface-to-surface contact with the |

| | |
|---|---|
| longitudinally spaced apart, wherein a bottom surface of each of the two mounting plates is configured to engage in surface-to-surface contact with the upper surface of the base portion to mount the storage basket in the substantially horizontal orientation thereon. | upper surface of the base portion to mount the storage basket in the substantially horizontal orientation thereon.   |
| **4.** The electric riding device of claim 1, wherein the shape of the at least a portion of the storage basket is configured as a bent shape to conform to the shape of the frame body. | the shape of the at least a portion of the WINDHORSE C3 MAX's storage basket is configured as a bent shape to conform to the shape of the frame body.   |
| **[6 pre]** An electric riding device, comprising: | Same as claim **[1 pre]**. |
| **[6a]** a frame body defining a substantially flat support plate; a front wheel coupled to a front portion of the frame body, and a rear wheel coupled to a rear portion of the frame body; a handlebar assembly coupled to the frame body and configured to be handled by a user's hands; a seat coupled to the frame body; | WINDHORSE C3 MAX has a frame body defining a substantially flat support plate; a front wheel coupled to a front portion of the frame body, and a rear wheel coupled to a rear portion of the frame body; a handlebar assembly coupled to the frame body and configured to be handled by a user's hands; a seat coupled to the frame body; a power device coupled to the frame body and configured to supply power to the electric riding device; and |

| | |
|---|---|
| a power device coupled to the frame body and configured to supply power to the electric riding device; and | <br> |
| **[6b]** a storage basket defining a storage cavity, wherein at least a portion of the storage basket is configured to be removably coupled to an upper surface of the support plate; | WINDHORSE C3 MAX has a storage basket defining a storage cavity, wherein at least a portion of the storage basket is configured to be removably coupled to an upper surface of the support plate; See also the corresponding analysis for claim 1 regarding the identification in the WINDHORSE C3 MAX of the same or a substantially similar feature corresponding to this limitation.<br><br> |
| **[6c]** wherein the storage basket comprises a left sidewall and a right sidewall, the left sidewall and the right sidewall are opposed to each other, and wherein, when the storage basket is mounted on the frame body, the left sidewall is positioned | the WINDHORSE C3 MAX storage basket comprises a left sidewall and a right sidewall, the left sidewall and the right sidewall are opposed to each other, and wherein, when the storage basket is mounted on the frame body, the left sidewall is positioned proximate a left edge of the support plate and extends substantially vertically upward therefrom, and the right sidewall is positioned proximate a right edge of the support plate and extends substantially vertically upward therefrom; See also the corresponding |

| | |
|---|---|
| proximate a left edge of the support plate and extends substantially vertically upward therefrom, and the right sidewall is positioned proximate a right edge of the support plate and extends substantially vertically upward therefrom; | analysis for claim 1 regarding the identification in the WINDHORSE C3 MAX of the same or a substantially similar feature corresponding to this limitation.   |
| **[6d]** wherein the electric riding device further comprises a left footrest and a right footrest, the left footrest and the right footrest are opposed to each other, wherein an installation position of the left footrest is located proximate a left front side of the support plate, and an installation position of the right footrest is located proximate a right front side of the support plate; | the WINDHORSE C3 MAX further comprises a left footrest and a right footrest, the left footrest and the right footrest are opposed to each other, wherein an installation position of the left footrest is located proximate a left front side of the support plate, and an installation position of the right footrest is located proximate a right front side of the support plate; See also the corresponding analysis for claim 1 regarding the identification in the WINDHORSE C3 MAX of the same or a substantially similar feature corresponding to this limitation.   |
| **[6e]** wherein the storage basket has an open top. | the WINDHORSE C3 MAX storage basket has an open top. |

| | |
|---|---|
| |  |
| **7.** The electric riding device of claim 6, wherein the storage basket is configured to be removably mounted on the frame body via a threaded mounting mechanism. | WINDHORSE C3 MAX storage basket is configured to be removably mounted on the frame body via a threaded mounting mechanism.<br> |
| **8.** The electric riding device of claim 6, wherein the storage basket comprises two longitudinally spaced apart mounting plates, a bottom surface of each of the two mounting plates being configured to engage in surface-to-surface contact with the upper surface of the support plate to mount the storage basket in a substantially horizontal orientation thereon. | WINDHORSE C3 MAX storage basket comprises two longitudinally spaced apart mounting plates, a bottom surface of each of the two mounting plates being configured to engage in surface-to-surface contact with the upper surface of the support plate to mount the storage basket in a substantially horizontal orientation thereon.<br> |

| | |
|---|---|
| **9.** The electric riding device of claim 6, wherein the shape of the at least a portion of the storage basket is configured as a bent shape to conform to the shape of the frame body. | shape of the at least a portion of the WINDHORSE C3 MAX storage basket is configured as a bent shape to conform to the shape of the frame body.   |
| **10.** The electric riding device of claim 6, wherein the storage basket has a mesh structure. | WINDHORSE C3 MAX storage basket has a mesh structure.   |
| **[11 pre]** An electric riding device, comprising: | Same as claim **[1 pre]**. |
| **[11a]** a frame body including a substantially flat support plate; a front wheel coupled to a front portion of the frame body, and a rear wheel coupled to a rear portion of the frame body; a handlebar assembly coupled to the frame body and configured to be contacted by a user's hands; a seat coupled to the frame body; | WINDHORSE C3 MAX has a frame body including a substantially flat support plate; a front wheel coupled to a front portion of the frame body, and a rear wheel coupled to a rear portion of the frame body; a handlebar assembly coupled to the frame body and configured to be contacted by a user's hands; a seat coupled to the frame body; a power device coupled to the frame body and configured to supply power to the electric riding device; and |

| | |
|---|---|
| a power device coupled to the frame body and configured to supply power to the electric riding device; and |  |
| **[11b]** a removable storage basket defining a storage cavity, a bottom of the storage basket being configured to contact at least a portion of an upper surface of the support plate in a substantially horizontal orientation to stably mount the storage basket to the frame body; | WINDHORSE C3 MAX has a removable storage basket defining a storage cavity, a bottom of the storage basket being configured to contact at least a portion of an upper surface of the support plate in a substantially horizontal orientation to stably mount the storage basket to the frame body; See also the corresponding analysis for claim 1 regarding the identification in the WINDHORSE C3 MAX of the same or a substantially similar feature corresponding to this limitation.  |
| **[11c]** wherein the storage basket comprises a first sidewall and a second sidewall spaced apart from each other in a left-right direction, the first sidewall defining a first plane and the second | the WINDHORSE C3 MAX storage basket comprises a first sidewall and a second sidewall spaced apart from each other in a left-right direction, the first sidewall defining a first plane and the second sidewall defining a second plane, the first plane and the second plane being substantially parallel. See also the corresponding analysis for claim 1 regarding the identification in the WINDHORSE C3 MAX of the same or a substantially similar feature corresponding |

| | |
|---|---|
| sidewall defining a second plane, the first plane and the second plane being substantially parallel; | to this limitation.   |
| **[11d]** wherein the upper surface of the support plate defines a third plane, the first plane is substantially orthogonal to the third plane proximate a left end of the support plate, and the second plane is substantially orthogonal to the third plane proximate a right end of the support plate; | the upper surface of the WINDHORSE C3 MAX support plate defines a third plane, the first plane is substantially orthogonal to the third plane proximate a left end of the support plate, and the second plane is substantially orthogonal to the third plane proximate a right end of the support plate; See also the corresponding analysis for claim 1 regarding the identification in the WINDHORSE C3 MAX of the same or a substantially similar feature corresponding to this limitation.   |
| **[11e]** wherein the electric riding device further comprises a left footrest and a right footrest, the left footrest and the right footrest are opposed to each other, wherein an installation position of the left footrest is located proximate a | the WINDHORSE C3 MAX further comprises a left footrest and a right footrest, the left footrest and the right footrest are opposed to each other, wherein an installation position of the left footrest is located proximate a left front end of the support plate, and an installation position of the right footrest is located proximate a right front end of the support plate; and See also the corresponding analysis for claim 1 regarding the identification in the WINDHORSE C3 MAX |

| | |
|---|---|
| left front end of the support plate, and an installation position of the right footrest is located proximate a right front end of the support plate; and | of the same or a substantially similar feature corresponding to this limitation.<br><br> |
| **[11f]** wherein the power device is mounted beneath the support plate;<br>wherein the storage basket has an open top. | the WINDHORSE C3 MAX power device is mounted beneath the support plate; See also the corresponding analysis for claim 1 regarding the identification in the WINDHORSE C3 MAX of the same or a substantially similar feature corresponding to this limitation.<br>wherein the WINDHORSE C3 MAX storage basket has an open top.<br><br> |
| **12.** The electric riding device of claim 11, wherein<br>the storage basket is configured to be removably mounted on the frame body via a threaded mounting mechanism. | WINDHORSE C3 MAX storage basket is configured to be removably mounted on the frame body via a threaded mounting mechanism. |

| | |
|---|---|
| |   |
| **13.** The electric riding device of claim 11, wherein the storage basket comprises two longitudinally spaced apart mounting plates, a bottom surface of each of the two mounting plates being configured to engage in surface-to-surface contact with the upper surface of the support plate to mount the storage basket in a substantially horizontal orientation thereon. | WINDHORSE C3 MAX storage basket comprises two longitudinally spaced apart mounting plates, a bottom surface of each of the two mounting plates being configured to engage in surface-to-surface contact with the upper surface of the support plate to mount the storage basket in a substantially horizontal orientation thereon.   |
| **14.** The electric riding device of claim 11, wherein a shape of at least a portion of the storage basket is configured as a bent shape to conform to a shape of the frame body. | a shape of at least a portion of the WINDHORSE C3 MAX storage basket is configured as a bent shape to conform to a shape of the frame body.   |

| | |
|---|---|
| **[15 pre]** An electric riding device, comprising: |  <br>WINDHORSE C3 MAX is an electric riding device. |
| **[15a]** a frame body defining a substantially flat support plate located between front and rear ends of the frame body, the support plate having a longitudinal dimension and a lateral dimension; | WINDHORSE C3 MAX has a **frame body** defining a substantially **flat support plate** located between front and rear ends of the frame body, this support plate having a longitudinal dimension and a lateral dimension.<br>  |
| **[15b]** a front wheel and a rear wheel coupled to front and rear portions of the frame body, respectively; | WINDHORSE C3 MAX has a front wheel and a rear wheel coupled to front and rear portions of the frame body, respectively. |

| | |
|---|---|
| |  |
| **[15c]** a handlebar assembly coupled to the frame body and configured to be grasped by a user's hands; | WINDHORSE C3 MAX has a handlebar assembly coupled to the frame body and configured to be grasped by a user's hands.<br> |
| **[15d]** a seat coupled to the frame body; and | WINDHORSE C3 MAX has a seat coupled to the frame body. |

| | |
|---|---|
| |  |
| **[15e]** a power device coupled to the frame body and configured to supply power to the electric riding device; | WINDHORSE C3 MAX has a power device coupled to the frame body and configured to supply power to the electric riding device.<br> |
| **[15f]** wherein the frame body comprises a storage cavity having a longitudinal dimension, a lateral dimension, and a height dimension, wherein the longitudinal dimension of the storage cavity is greater than both the lateral dimension and the height dimension thereof; | WINDHORSE C3 MAX's frame body comprises a **storage cavity** having a longitudinal dimension, a lateral dimension, and a height dimension, wherein the longitudinal dimension of the storage cavity is greater than both the lateral dimension and the height dimension thereof. |

<table>
<tr>
<td></td>
<td>


</td>
</tr>
<tr>
<td>[15g] wherein the storage cavity is at least partially defined by a left sidewall and a right sidewall disposed on the frame body, the left and right sidewalls are opposed to each other, a lower end of the left sidewall being positioned proximate a left edge of the support plate and extending substantially vertically upward therefrom, and a lower end of the right sidewall being positioned proximate a right edge of the support plate and extending substantially</td>
<td>WINDHORSE C3 MAX's storage cavity is at least partially defined by a left sidewall and a right sidewall disposed on the frame body, the left and right sidewalls are opposed to each other, a lower end of the left sidewall being positioned proximate a left edge of the support plate and extending substantially vertically upward therefrom, and a lower end of the right sidewall being positioned proximate a right edge of the support plate and extending substantially vertically upward therefrom.</td>
</tr>
</table>

<table>
<tr><td>vertically upward therefrom;</td><td>
</td></tr>
<tr><td>[15h] wherein the electric riding device further comprises a left footrest and a right footrest disposed on opposite sides in the lateral direction, wherein an installation position of the left footrest is longitudinally nearer a left front end of the support plate rather than at or adjacent to a left rear end of the support plate, and an installation position of the right footrest is longitudinally nearer a right front end of the support plate rather than at or adjacent to the right rear end of the support plate;</td><td>WINDHORSE C3 MAX comprises a left footrest and a right footrest disposed on opposite sides in the lateral direction, wherein an installation position of the left footrest is longitudinally nearer a left front end of the support plate rather than at or adjacent to a left rear end of the support plate, and an installation position of the right footrest is longitudinally nearer a right front end of the support plate rather than at or adjacent to the right rear end of the support plate.<br>
</td></tr>
<tr><td>[15i] wherein each of the left sidewall and</td><td>Each of the WINDHORSE C3 MAX's left sidewall and right sidewall is removably disposed on the frame body.</td></tr>
</table>

| | |
|---|---|
| right sidewall is removably disposed on the frame body; and |  |
| **[15j]** wherein the storage cavity has an open top. | WINDHORSE C3 MAX's storage cavity has an open top.  |

Plaintiff asserts that the WINDHORSE C3 MAX literally infringes Claims 1-4, 6-15 of the '534 patent. To the extent any difference precludes a finding of literal infringement, Plaintiff further contends that the WINDHORSE C3 MAX infringes Claims 1-4, 6-15 under the Doctrine of Equivalents, as the WINDHORSE C3 MAX performs substantially the same function, in substantially the same way, to achieve the same result as the technical solution set forth in Claims 1-4, 6-15.