# EXHIBIT 4B

**Claim Chart Regarding Infringement of U.S. Patent No. 12,595,012 B2 (the "'012 Patent") by the WINDHORSE C3 Electric Scooter (the "WINDHORSE C3")**

<table>
<tr><th>Claims 1-2, 4-7 of '012 patent</th><th>WINDHORSE C3[1]</th></tr>
<tr><td>[1 pre] An electric riding device, comprising:</td><td>WINDHORSE C3 is an electric riding device.


</td></tr>
<tr><td>[1a] a frame body extending from proximate a front portion of the electric riding device to proximate a rear portion of the electric riding device;<br><br>a front wheel installed at a front side of the frame body, and a rear wheel installed at a rear side of the frame body;<br><br>a handlebar assembly installed at the front side of the frame body and configured to be handled by a user;<br><br>a seat installed on the frame body; and<br>a power device installed on the frame body and configured to power the electric riding device;</td><td>WINDHORSE C3 has a frame body extending from proximate its front portion to proximate its rear portion, a front wheel and a rear wheel installed at the front and rear sides of the frame body, respectively, a handlebar assembly installed at the front side of the frame body, a seat installed on the frame body, and a power device installed on the frame body to power the electric riding device.


</td></tr>
</table>

[1] https://www.amazon.com/dp/B0FCMLGQ68?th=1

| | |
|---|---|
| **[1b]** wherein the frame body comprises a substantially flat base portion, a front raised portion extending upwardly from a front end of the base portion, and a rear raised portion extending upwardly from a rear end of the base portion; | The WINDHORSE C3's frame body comprises a substantially flat base portion, a front raised portion extending upwardly from a front end of the base portion, and a rear raised portion extending upwardly from a rear end of the base portion.   |
| **[1c]** wherein the base portion comprises a left frame member and a right frame member that are laterally spaced apart, and a substantially flat support plate extending laterally between the left and right frame members, wherein at least a portion of a left end of the support plate is connected to the left frame member, and at least a portion of a right end of the support plate is connected to the right frame member; | The WINDHORSE C3's base portion comprises a left frame member and a right frame member that are laterally spaced apart, and a substantially flat support plate extending laterally between the left and right frame members, wherein at least a portion of a left end of the support plate is connected to the left frame member, and at least a portion of a right end of the support plate is connected to the right frame member.   |
| **[1d]** wherein the front raised portion is configured to support a head tube at a distal end away from the base portion, the head tube being for connecting | The WINDHORSE C3's front raised portion is configured to support a head tube at a distal end away from the base portion, the head tube being for connecting the handlebar assembly to the frame body, and at least a portion of the rear raised portion is configured to support a seat tube for |

| | |
|---|---|
| the handlebar assembly to the frame body, and at least a portion of the rear raised portion is configured to support a seat tube for adjustably connecting the seat to the frame body in height; | adjustably connecting the seat to the frame body in height.   |
| **[1e]** wherein the electric riding device further comprises a storage assembly, at least a portion of the storage assembly being configured to be installed onto an upper surface of the support plate via a threaded connection mechanism; | The WINDHORSE C3 further comprises a storage assembly, at least a portion of the storage assembly being configured to be installed onto an upper surface of the support plate via a threaded connection mechanism.   |
| **[1f]** wherein the electric riding device further comprises a left footrest and a right footrest, the left and right footrests being disposed on opposite sides in the lateral direction, each being pivotable; | The WINDHORSE C3 further comprises a left footrest and a right footrest, the left and right footrests being disposed on opposite sides in the lateral direction, each being pivotable. |

| | |
|---|---|
| | <br> |
| **[1g]** a mounting position of the left footrest being located proximate to a front end of the left frame member and proximate to a left-front side of the storage assembly, and a mounting position of the right footrest being located proximate to a front end of the right frame member and proximate to a right-front side of the storage assembly; | In the WINDHORSE C3, a mounting position of the left footrest is located proximate to a front end of the left frame member and proximate to a left-front side of the storage assembly, and a mounting position of the right footrest is located proximate to a front end of the right frame member and proximate to a right-front side of the storage assembly. |

| | |
|---|---|
| |  |
| **[1h]** wherein the left footrest is configured to be installed and positioned via a left adapter that remains fixed relative to the storage assembly and the frame body when the storage assembly is installed onto the support plate, the left adapter comprising an upper left connecting plate and a lower left connecting plate that are vertically spaced apart and extend in a direction away from the storage assembly, the left adapter having a first pivot pin at an outer end away from the storage assembly, the first pivot pin being configured to sequentially pass through the upper left connecting plate, an inner end of the left footrest proximate to the storage assembly, and the lower left connecting plate to pivotally connect the inner end of the left footrest to the outer end of the left adapter that is remote from the storage assembly; | In the WINDHORSE C3, the left footrest is configured to be installed and positioned via a left adapter that remains fixed relative to the storage assembly and the frame body when the storage assembly is installed onto the support plate, the left adapter comprising an upper left connecting plate and a lower left connecting plate that are vertically spaced apart and extend in a direction away from the storage assembly, the left adapter having a first pivot pin at an outer end away from the storage assembly, the first pivot pin being configured to sequentially pass through the upper left connecting plate, an inner end of the left footrest proximate to the storage assembly, and the lower left connecting plate to pivotally connect the inner end of the left footrest to the outer end of the left adapter that is remote from the storage assembly.<br> |

| | |
|---|---|
| |  |
| **[1i]** wherein the right footrest is configured to be installed and positioned via a right adapter that remains fixed relative to the storage assembly and the frame body when the storage assembly is installed onto the support plate, the right adapter comprising an upper right connecting plate and a lower right connecting plate that are vertically spaced apart and extend in a direction away from the storage assembly, the right adapter having a second pivot pin at an outer end away from the storage assembly, the second pivot pin being configured to sequentially pass through the upper right connecting plate, an inner end of the right footrest proximate to the storage assembly, and the lower right connecting plate to pivotally connect the inner end of the right footrest to the outer end of the right adapter that is remote from the storage assembly; | In the WINDHORSE C3, the right footrest is configured to be installed and positioned via a right adapter that remains fixed relative to the storage assembly and the frame body when the storage assembly is installed onto the support plate, the right adapter comprising an upper right connecting plate and a lower right connecting plate that are vertically spaced apart and extend in a direction away from the storage assembly, the right adapter having a second pivot pin at an outer end away from the storage assembly, the second pivot pin being configured to sequentially pass through the upper right connecting plate, an inner end of the right footrest proximate to the storage assembly, and the lower right connecting plate to pivotally connect the inner end of the right footrest to the outer end of the right adapter that is remote from the storage assembly.<br> |

| | |
|---|---|
| |  |
| **[1j]** wherein footboard surfaces of the left and right footrests each comprise a plurality of laterally extending and longitudinally spaced apart anti-slip strips; | In the WINDHORSE C3, footboard surfaces of the left and right footrests each comprise a plurality of laterally extending and longitudinally spaced apart anti-slip strips.  |

| | |
|---|---|
| |  |
| **[1k]** wherein the frame body further comprises a front reinforcing rib and a rear reinforcing rib that are longitudinally spaced apart, wherein left and right ends of the front reinforcing rib are respectively fixed to at least a portion of a left side of the frame body and at least a portion of a right side of the frame body, and wherein left and right ends of the rear reinforcing rib are respectively fixed to at least a portion of the left side of the frame body and at least a portion of the right side of the frame body; | In the WINDHORSE C3, the frame body further comprises a **front reinforcing rib** and a **rear reinforcing rib** that are longitudinally spaced apart, wherein left and right ends of the front reinforcing rib are respectively fixed to at least a portion of a left side of the frame body and at least a portion of a right side of the frame body, and wherein left and right ends of the rear reinforcing rib are respectively fixed to at least a portion of the left side of the frame body and at least a portion of the right side of the frame body.<br> |

| | |
|---|---|
| |  |
| **[1l]** wherein the front reinforcing rib is disposed proximate to the front ends of the left and right frame members, | The WINDHORSE C3's front reinforcing rib is disposed proximate to the front ends of the left and right frame members. |
| **[1m]** and the rear reinforcing rib is disposed proximate a rear end of the left frame member | The WINDHORSE C3's rear reinforcing rib is disposed proximate a rear end of the left frame member and a rear end of the right frame member. |

| | |
|---|---|
| and a rear end of the right frame member; |  |
| **[1n]** and wherein the power device is installed underneath the support plate. | The WINDHORSE C3's power device is installed underneath the support plate.  |
| **[2]** The electric riding device of claim 1, wherein the storage assembly comprises a front wall, a rear wall, a left wall, and a right wall, wherein the front wall, the rear wall, the left wall, and the right wall collectively define a storage cavity. | The WINDHORSE C3's storage basket comprises a front wall, a rear wall, a left wall, and a right wall.  |
| **[4]** The electric riding device of claim 1, wherein the storage assembly comprises a mesh structure. | Shape of the at least a portion of the WINDHORSE C3's storage basket comprises a mesh structure. |

| | |
|---|---|
| |  |
| **[5]** The electric riding device of claim 1, wherein the left and right footrests are respectively installed on left and right sides of the storage assembly. | Left and right footrests are respectively installed on the left and right sides of the basket of the WINDHORSE C3.<br> |
| **[6]** The electric riding device of claim 1, wherein the left adapter and the right adapter are respectively fixed to left and right sides of the storage assembly. | The basket of the WINDHORSE C3 is provided with a left adapter and a right adapter on opposite sides thereof. |

| | |
|---|---|
| |  |
| **[7 pre]** An electric riding device, comprising: | Same as claim **[1 pre]**. |
| **[7a]** a frame body;<br><br>a front wheel installed at a front side of the frame body, and<br><br>a rear wheel installed at a rear side of the frame body;<br><br>a handlebar assembly installed on the frame body and configured to be handled by a | The WINDHORSE C3 has a frame body;<br>a front wheel installed at a front side of the frame body, and<br>a rear wheel installed at a rear side of the frame body;<br>a handlebar assembly installed on the frame body and configured to be handled by a user;<br>a seat installed on the frame body; and<br>a power device installed on the frame body and configured to power the electric riding device. |

| | |
|---|---|
| user;<br><br>a seat installed on the frame body; and<br><br>a power device installed on the frame body and configured to power the electric riding device; |  |
| **[7b]** wherein the frame body comprises a substantially flat base portion, a front raised portion extending upwardly from a front end of the base portion, and a rear raised portion extending upwardly from a rear end of the base portion, the base portion having a longitudinal dimension and a lateral dimension; | The WINDHORSE C3's frame body comprises a substantially flat base portion, a front raised portion extending upwardly from a front end of the base portion, and a rear raised portion extending upwardly from a rear end of the base portion, the base portion having a longitudinal dimension and a lateral dimension.<br> |
| **[7c]** wherein the front raised portion is configured to support a head tube at a distal end away from the base portion, the head tube being for installing the handlebar assembly to the frame body, and at least a | The WINDHORSE C3's front raised portion is configured to support a head tube at a distal end away from the base portion, the head tube being for installing the handlebar assembly to the frame body, and at least a portion of the rear raised portion is configured to support the seat. |

| | |
|---|---|
| portion of the rear raised portion is configured to support the seat; |   |
| **[7d]** wherein the electric riding device further comprises a storage basket removably installed on the frame body, the storage basket defining a contact surface configured to engage an upper surface of the base portion and permit the storage basket to be stably placed thereon, such that when the storage basket is placed on the upper surface of the base portion, the contact surface and the upper surface of the base portion are in substantially horizontal contact; and | The WINDHORSE C3 further comprises a storage basket removably installed on the frame body, the storage basket defining a contact surface configured to engage an upper surface of the base portion and permit the storage basket to be stably placed thereon, such that when the storage basket is placed on the upper surface of the base portion, the contact surface and the upper surface of the base portion are in substantially horizontal contact.   storage basket defines a contact surface |
| **[7e]** wherein the electric riding device further comprises a left | The WINDHORSE C3 further comprises a left footrest and a right footrest, the left and right footrests being disposed on |

| | |
|---|---|
| footrest and a right footrest, the left and right footrests being disposed on opposite sides in the lateral direction, wherein an installation position of the left footrest is longitudinally nearer a left-front end of the base portion rather than at or adjacent to a left-rear end of the base portion, and an installation position of the right footrest is longitudinally nearer a right-front end of the base portion rather than at or adjacent to a right-rear end of the base portion. | opposite sides in the lateral direction, wherein an installation position of the left footrest is longitudinally nearer a left-front end of the base portion rather than at or adjacent to a left-rear end of the base portion, and an installation position of the right footrest is longitudinally nearer a right-front end of the base portion rather than at or adjacent to a right-rear end of the base portion.   |

Plaintiff asserts that the WINDHORSE C3 literally infringes Claims 1-2, 4-7 of the’012 patent. To the extent any difference precludes a finding of literal infringement, Plaintiff further contends that the WINDHORSE C3 infringes Claims 1-2, 4-7under the Doctrine of Equivalents, as the WINDHORSE C3 performs substantially the same function, in substantially the same way, to achieve the same result as the technical solution set forth in Claims 1-2, 4-7.